with his opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of EDWARD H. FLOYD-JONES and Others, Relators, v. TOWN BOARD OF THE TOWN OF OYSTER BAY, NASSAU COUNTY, N. Y., and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Final Judicial Settlement of the Accounts of SAMUEL GLOCK and JAMES PATTERSON, as Executors, etc., of JAMES S. MERRITT, Deceased. — Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ. Settle order on notice.

In the Matter of the Final Judicial Settlement of the Accounts of SAMUEL GLOCK and JAMES PATTERSON, as Executors, etc., of JAMES S. MERRITT, Deceased. — Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ. Settle order on notice.

In the Matter of the Application of the QUEENS COUNTY BAR ASSOCIATION to Discipline an Attorney (EDWARD FLANDER).— Matter referred to an official referee to hear and to report with his opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of the QUEENS COUNTY BAR ASSOCIATION to Discipline an Attorney (CHARLES FOLEY).— Matter referred to an official referee to hear and to report with his opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

AUGUST H. MILLER, Respondent, v. JOSEPH JACOBS, Defendant. JOSEPH VOROBA, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MATILDA MIRANDA, Respondent, v. MELCHIORRI LO CURTO, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

PICADILLY LAUNDRY SERVICE, INC., Respondent, v. JULIUS BROADER and Others, Appellants.— Motion for stay granted unless plaintiff stipulate to accept short notice of trial and to try the case at the first day of the June term. In the event that plaintiff so stipulate, the motion is denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

CELIA PORES, Respondent, v. H. BLUMENBERG, INC., and HERMAN BLUMENBERG, Appellants.— Motion to vacate stay denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

HELEN A. PROCTOR, Appellant, v. GORDON PROCTOR, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

GEORGE E. RALSTON, Appellant, v. FIFTH AVENUE BOND AND MORTGAGE COMPANY and Others, Defendants. PHILIP KOLLMER, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

WILLIAM RANKELL and ABRAHAM LAKE, Respondents, v. MORRIS SONIN,